IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WILLIAM C. YOUNG,              )
                               )
            Plaintiff,         )
                               )
    v.                         )    Civil No. 14-0127-CV-W-DW
                               )
UNIFIED GOVERNMENT OF          )
WYANDOTTE COUNTY/KANSAS CITY,  )
KANSAS, et al.,                )
                               )
            Defendant.         )

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to proceed in forma pauperis is denied and the action is dismissed without prejudice.


 February 21, 2014              Ann Thompson
Dated                          Clerk of Court

 February 21, 2014              /s/ Alex Francis
Entered                         (by) Deputy Clerk